UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER RYAN SAADE,

Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF HEALTH, et al.,

Defendants.

C19-470 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed Joint Motion to Extend Initial Deadlines, (docket no. 10), is GRANTED in part. The deadline for the Rule 26(f) Conference is continued sixty (60) days to August 2, 2019. The deadline for Initial Disclosures and the Joint Status Report and Discovery Plan is continued sixty (60) days to August 16, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of May 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1