# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTOPHER RYAN SAADE,

Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF HEALTH, et al.,

Defendants.

C19-470 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is directed to file a supplemental brief, not to exceed 10 pages, by October 8, 2019, addressing whether the Fourth Amendment right that Defendant Timothy J. Fenimore allegedly violated was "clearly established" at the time of the alleged violations.[1]

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of September, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] If Plaintiff fails to file the requested supplemental briefing, the Court will grant the deferred portion of the State Defendants' motion on qualified immunity grounds. *Hernandez v. City of San Jose*, 897 F.3d 1125, 1137 (9th Cir. 2018) (finding that it is plaintiff's burden to "point to prior case law that articulates a constitutional rule specific enough to alert these [Defendants] in this case that their particular conduct was unlawful") (*quoting Sharp v. Cty. of Orange*, 871 F.3d 901, 911(9th Cir. 2017)). After reviewing any supplemental brief, the Court provides notice to Plaintiff that it may grant the deferred portion of the State Defendants' motion.

MINUTE ORDER - 1