UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER RYAN SAADE,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF HEALTH, et al.

    Defendants.

C19-470 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Extend Deadline for Supplemental Brief, docket no. 24, is GRANTED. Plaintiff's supplemental brief, not to exceed 10 pages, addressing whether the Fourth Amendment right that Defendant Timothy J. Fenimore allegedly violated was "clearly established" at the time of the alleged violations is due on or before October 31, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1